UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JEAN E. FISH,

        Plaintiff,

 -against-           6:03-CV-0269
                  (LEK/GHL)

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

### **DECISION AND ORDER**

  This matter comes before the Court following a Report-Recommendation filed on December 16, 2005, by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 12.)

  Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the Record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

  Accordingly, it is hereby

  **ORDERED**, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision denying disability benefits is **REMANDED** to the Commissioner for further proceedings, pursuant to 42 U.S.C. § 405(g); and it is further

**ORDERED**, that the Clerk serve a copy of this order on all parties.

**IT IS SO ORDERED**.

DATED:   February 14, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge