============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

### _NORTHERN_  DISTRICT OF  _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 6:03-CV-0269 (LEK/GHL)**

**JEAN E. FISH,**

        **Plaintiff,**

  v.

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

          **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable George H. Lowe, dated December 16, 2005, is **APPROVED** and **ADOPTED** in its **ENTIRETY**; **IT IS FURTHER ORDERED**, that in the above entitled action, the case is **DISMISSED** in favor of the Plaintiff and against the Defendant and is **REMANDED** to the Commissioner for further proceedings in accordance with the **DECISION AND ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated February 14, 2006.

**DATE:**  **February 14, 2006**                _**LAWRENCE K. BAERMAN**_
                                                       CLERK OF THE COURT

                                                       Lawrence E. Kahn
                                                     U.S. District Judge